# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| VISION BANK, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 11-00149-CB |
| JOSEPH LANEY, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's Motion for a Charing Order (Doc. 15) is hereby **GRANTED**. Pursuant to Sections 10A-5-6.05, Ala. Code (1975) the individual financial interests of judgment debtor Joseph H. Laney in the limited liability companies listed below are due to be charged with payment of $517,198.26, the amount of the Final Judgment rendered by this Court on June 13, 2011, accrued interest thereon, and costs. Therefore, it is

**ORDERED AND ADJUDGED** that the financial interests of Defendant Joseph H. Laney in Greer-Laney Properties, LLC, Imagine Enterprises I, LLC, Imagine Enterprises, LLC, Imagine CBQ, LLC, Parks & Laney, LLC and EAL, LLC, ("the Companies") be charged with payment of the Final Judgment rendered in this action in favor of Plaintiff Vision Bank for $517,198.26, accrued interest theron,and costs, and that said Companies are ordered to report to the Plaintiff each time a distribution is made with respect to any transferable interest, listing the amount and time of all distributions made at the time or in connection witht hat distribution, and distribute to Plaintiff any amounts that become due or distributable to Vision Bank.

**DONE** and **ORDERED** this the 22nd day of August, 2011.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**